John W. Shaw, Esq., SBN: 82802
jshaw@mpplaw.com
Litsa Georgantopoulos, Esq., SBN: 238288
lgeorge@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendants,
**SMITH & NEPHEW, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ENDURANCE MEDICAL, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH & NEPHEW, INC., a Delaware corporation, and; Does 1 to 50, inclusive<br><br>Defendants. | Case No.<br><br>Date Complaint Filed: June 12, 2015<br><br>**DEFENDANT SMITH & NEPHEW, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY OF CITIZENSHIP]** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Smith & Nephew, Inc. ("Defendant") hereby removes this action captioned *Endurance Medical, Inc. v. Smith & Nephew, Inc., and Does 1-50, inclusive*, Case No. 30-2015-00793120-CU-CO-CJC (the "Underlying Action") from the Superior Court of the State of California, County of Orange to the United States District Court for the Central District of California (Southern

Division) on the following grounds.

**STATEMENT OF JURISDICTION PURSUANT TO LOCAL RULE 204**

This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship, and removal is therefore proper under 28 U.S.C. § 1441. Plaintiff in this action is a citizen of California, the Defendant is not a citizen of California, and the matter in controversy exceeds $75,000.00.

**BACKGROUND INFORMATION**

1. On or about June 12, 2015, plaintiff Endurance Medical, Inc. ("Plaintiff") filed a complaint entitled *Endurance Medical, Inc. v. Smith & Nephew, Inc.*, *and Does 1-50, inclusive*, in the Superior Court of the State of California for the County of Orange, Case No. 30-2015-00793120-CU-CO-CJC (the "Underlying Action") naming as defendant "Smith & Nephew, Inc." and "Does 1 through 50, inclusive." *See* Exhibit "A" to the Declaration of Litsa Georgantopoulos ("Georgantopoulos Decl.") ¶ 7.

2. Plaintiff served its Complaint on Defendant Smith & Nephew, Inc. ("Defendant") on July 13, 2015. *See* Exhibit "C" to Georgantopoulos Decl. ¶ 9.

3. In its Complaint, Plaintiff asserts that it entered into a contract with Defendant whereby Plaintiff was "engaged as an 'independent contractor representative' to provide services relating to the solicitation of sales of specified orthopedic products" in "exchange for agreed compensation and benefits". *See* Exhibit "A, ¶ 7. Plaintiff alleges that the terms of the contract provide that commencing on May 1, 2013 Plaintiff would receive 2.5% commission on all sales made directly by Plaintiff, 2.5% commission on Smith & Nephew sales in the Southern California Area, 60% of the "freight [charges] collected from customers" on sales made, and "a 'deferred commission' based upon sales growth in Plaintiff's territory" from Defendant. *See* Exhibit "A, ¶ 8.

///

///

4. Plaintiff's Complaint alleges that commencing on or about June 2013, Defendant breached the contract by failing to pay commissions due to Plaintiff under the terms of the contract and refusing to pay freight charges collected from customers. *See* Exhibit "A", ¶ 9.

5. Plaintiff alleges causes of action against Defendant for: (1) Breach of Contract; (2) Breach of Implied Covenant of Good Faith & Fair Dealing; (3) Accounting; and (4) Unjust Enrichment. *See* Exhibit "A".

6. Plaintiff alleges that it performed all its contractual obligations under the contract and that as a result of Defendant's breach it has been damaged "in a sum not less than $4,500,000.00" *See* Exhibit "A" ¶ 11.

## TIMELINESS OF REMOVAL

7. Plaintiffs filed its Complaint on June 12, 2015 in the Superior Court of the State of California, County of Orange. *See* Exhibit "A" to Georgantopoulos Decl. ¶ 7.

8. Plaintiffs served its Complaint on Defendant on July 13, 2015. *See* Exhibit "C" to Georgantopoulos Decl. ¶ 9.

9. Defendant has not filed an answer to Plaintiff's Complaint. *See* Georgantopoulos Decl. ¶ 6.

10. Under 28 U.S.C. § 1446(b), this Notice is timely because it was filed within thirty days of service of Plaintiff's Complaint on Defendant Smith & Nephew, Inc. and within one year of the commencement of this action. Pursuant to California Code of Civil Procedure section 415.10, service was effective on July 13, 2015 and fewer than thirty days have elapsed since that time. Therefore this notice is timely.

## AMOUNT IN CONTROVERSY

11. The amount in controversy in the Underlying Action exceeds $75,000, exclusive of interest and cost. In its Complaint, Plaintiff claims damages

in the amount of $4,500,000.00.  *See* Exhibit "A" ¶ 11, 19, 31, and Prayer for Relief.

## DIVERSITY OF CITIZENSHIP

12. Plaintiff is a company organized and existing under the laws of the State of California with its principal place of business in the City of Newport Beach, California.  *See* Exhibit "A" ¶ 1; *see also* Exhibit "D" to Georgantopoulos Decl. ¶ 10.  Thus for diversity purposes, Plaintiff is a citizen of California.  28 U.S.C. § 1332 (c)(1).

13. Defendant is a company organized and existing under the laws of the State of Delaware with its principal place of business in the City of Memphis, State of Tennessee.  *See* Georgantopoulos Decl. ¶ 4; *see also* Exhibit "E" to Georgantopoulos Decl. ¶ 11.  Thus for diversity purposes, Defendant is a citizen of Delaware and Tennessee.  28 U.S.C. § 1332 (c)(1).

14. Pursuant to 28 U.S.C. § 1441(a), the citizenship of defendants sued under fictitious names are disregarded.  Thus, the citizenship of Does 1 through 50 is disregarded for purposes of determining diversity jurisdiction.

15. Since there is complete diversity of citizenship and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as required by 28 U.S.C. § 1441.

## PROPRIETY OF REMOVING TO THE CENTRAL DISTRICT

16. Plaintiff filed the Underlying Action in the Superior Court of California, County of Orange, and it is thus properly removed to the jurisdiction of the United States District Court for the Central District of California - Southern Division.

## STATE COURT DOCUMENTS

17. The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified in the authenticated paragraphs 12 through 13 of the accompanying Georgantopoulos Declaration.

16. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiff by service hereof, and a copy of this Notice of Removal is being promptly filed with the Superior Court of California, County of Orange, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Smith & Nephew, Inc. hereby removes the Underlying Action to this honorable Court.

Dated:  August 7, 2015            Respectfully submitted,
                                  **MORRIS POLICH & PURDY LLP**


                                  By:  */s/ Litsa Georgantopoulos*
                                       John W. Shaw
                                       Litsa Georgantopoulos
                                  Attorneys for Defendant
                                  SMITH & NEPHEW, INC.